IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES McDONALD                                                    PLAINTIFF

    v.   Civil No. 06-4039

WILLIAM MAX ELROD, Manager, Rehkopf's
Grocery; BRUCE W. TOWNSEND, Shift
Supervisor, Rehkopf's Grocery; SCOTT
GARNER, Employee, Rehkopf's Grocery;
JUSTIN MURRAY, Employee, Rehkopf's Grocery;
ROBERT MILLER, Meat Cutter/Wrapper,
Rehkopf's Grocery; and REHKOPF'S GROCERY  DEFENDANTS

### O R D E R

Now on this 20th day of September, 2006, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #14), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's Complaint is hereby **dismissed**.

**IT IS SO ORDERED.**

            /s/ Jimm Larry Hendren
            **JIMM LARRY HENDREN**
            **UNITED STATES DISTRICT JUDGE**